**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER KUEBLER, | ) | No. EDCV 08-1022 CW |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Adminstration, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: May 14, 2009

                                                  _____/s/_____
                                                  CARLA M. WOEHRLE
                                   United States Magistrate Judge